# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-00377-01-CR-W-DGK |
| | ) | |
| DENNIS W. MYERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty by the Defendant to Counts Two and Four of the Superseding Indictment filed on February 20, 2013, is now accepted and the Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

    /s/ Greg Kays  
GREG KAYS, JUDGE  
UNITED STATES DISTRICT COURT

Dated: August 29, 2013